UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60035-TP-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  **O R D E R**

ALEXANDER PADILLA,

    Defendant.
_____/

    THIS CAUSE came before the Court for hearing on Violation of Supervised Release on August 27, 2008.

    The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds by a preponderance of the evidence that the defendant has violated his conditions of Supervision as set forth in Petition (DE 2) and the defendant admits same. However, revocation is not necessary at this time.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's Supervised Release is hereby modified to include the following additional special condition of Supervision:

    1. The defendant shall participate in the Home Detention Electric Monitoring program for a period of 120 days. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without 'call forwarding', 'call waiting', a

modem, 'caller ID', or 'call back/call block' services for the above period.  The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer.  The defendant shall pay for the electronic monitoring equipment at the current rate or in accordance with his ability to pay as determined by the U.S. Probation Officer.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___27th___ day of August, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

cc: Robin Waugh-Farretta, Esq., AUSA
    Simon T. Steckel, Esq.
    Lawrence Martin, U.S. Probation